IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN D. KNIGHT, ADC # 155721                                                              PLAINTIFF

v.                                    5:16CV00019-DPM-JJV

STIEVE, Doctor,
Correct Care Solutions; *et al.*                                                           DEFENDANTS

## ORDER

Having reviewed Plaintiff's Amended Complaint (Doc. No. 6) for screening purposes,[1] the Court concludes service is appropriate for Defendants Geraldine Campbell and Pittman.[2] Pittman is not currently on the docket and the Clerk of Court shall add her as a Defendant. Then, the Clerk of Court shall prepare Summons for these Defendants and the United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 6), Summons, and this Order on them without prepayment fees or costs or security therefore. Service for both Defendants should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 24th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

[2] Plaintiff has not provided a full name for Defendant Pittman. Service will be attempted based on her last name and title - a nurse at the East Arkansas Regional Unit.