IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN D. KNIGHT                                                              PLAINTIFF

v.                              No. 5:16-cv-19-DPM-JJV

STIEVE, Doctor, Correct Care Solutions
Medical Director; DOTTIE YARBROUGH,
Area Administrator, Correct Care Solutions;
CHARLOTTE GARDNER, Regional Ombudsman,
Correct Care Solutions, GERALDINE CAMPBELL,
APN, East Arkansas Regional Unit; YAVONDA
KEY, LPN, East Arkansas Regional Unit; GEORGE
WILSON, Medical Director, Arkansas Department
of Correction; RORY GRIFFIN, Deputy Medical
Director, Arkansas Department of Correction;
DOES, ADC employees, CCS employees; and
PITTMAN, Nurse, East Arkansas Regional Unit         DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 8, and overrules Knight's objections, № 11. FED. R. CIV. P. 72(b)(3). Knight can't use his objections to shore up his amended complaint. If Knight wants to assert claims against Griffin, then he must ask for permission to amend his complaint again. But as it stands now, Knight's amended complaint fails to state a claim against Griffin and several other Defendants. Knight's claims against Stieve, Yarbrough, Gardner, Key, Wilson, Griffin, and the Doe Defendants are therefore dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

20 April 2016