IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN D. KNIGHT,
ADC # 155721                                                          PLAINTIFF

v.                          No. 5:16-cv-19-DPM

GERALDINE CAMPBELL, APN,
East Arkansas Regional Unit                                           DEFENDANT

### ORDER

Unopposed recommendation, № 35, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 26, granted. Knight's claims against Campbell will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2017