IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN D. KNIGHT,
ADC # 155721                                                                                   PLAINTIFF

v.                              No. 5:16-cv-19-DPM

STIEVE, Doctor, Correct Care
Solutions Medical Director; DOTTIE
YARBROUGH, Area Administrator,
Correct Care Solutions; CHARLOTTE
GARDNER, Regional Ombudsman, Correct
Care Solutions; GERALDINE CAMPBELL,
APN, East Arkansas Regional Unit;
YAVONDA KEY, LPN, East Arkansas Regional
Unit; GEORGE WILSON, Medical Director,
Arkansas Department of Correction; DOES
ADC employees; CSS employees; and
TERRI L. PITTMAN, Nurse, East Arkansas
Regional Unit                                                                                  DEFENDANTS

## JUDGMENT

1. Knight's claims against Campbell are dismissed with prejudice.

2. All other claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2017